IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

TERRY VAN WILLIAMS,              :
                                 :
        Plaintiff,               :
vs.                              :      7:04-CV-20(HL)
                                 :
DR. DELGADO, et al.,             :
                                 :
        Defendants.              :
                                 :

**O R D E R**

It appearing to the court that Devon Orland, has moved for withdrawal as counsel on behalf of Dr. Delgado because she was not legally authorized to represent him in this matter as he is not a state employee and the Court finding good cause, hereby GRANTS the motion allowing her withdrawal.

It is noted that this defendant has apparently not been served with the complaint and that he is no longer employed at Valdosta State Prison. Accordingly, the plaintiff is hereby ordered to provide a good service address for Dr. Delgado within thirty (30) days of the date of this order or face a recommendation of dismissal as to him for failure to prosecute as required by Federal Rule of Civil Procedure 41(b).

SO ORDERED, this 19th day of May 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE