IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **TERRY VAN WILLIAMS,** | : | |
| Plaintiff | : | |
| v. | : | CASE NO. 7:04-CV-20(HL) |
| **DR. DELGADO, et al,** | : | |
| Defendants | : | |

**ORDER ON REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc.44) filed September 15, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objection of the plaintiff to the Magistrate Judge's Recommendation (Doc. 45) filed October 3, 2005 has also been read and thoroughly considered and is found to be without merit.

**SO ORDERED,** this the 23rd day of November, 2005.

s/ Hugh Lawson
HUGH LAWSON, Judge
United States District Court