# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| TERRY VAN WILLIAMS, | : |
| Plaintiff | : |
| vs. | : |
| DR. DELGADO, *et al.*, | :  NO. 7:04-CV-20 (HL) |
| Defendants | :  **O R D E R** |

Plaintiff **TERRY VAN WILLIAMS**, a former inmate in the Georgia prison system, has filed a motion to proceed *in forma pauperis* on appeal from the Court's September 26, 2006, order denying plaintiff's motion for relief from judgment. To grant plaintiff *in forma pauperis* status, the Court must find that plaintiff cannot pay the required $455.00 appellate filing fee, and that the appeal is taken in good faith. 28 U.S.C. § 1915(a). As noted in the Court's September 26th order, plaintiff has not made the requisite showing for relief under any subsection of Rule 60(b) of the Federal Rules of Civil Procedure. Accordingly, having been carefully considered, plaintiff's motion to proceed IFP on appeal is hereby **DENIED**.

**SO ORDERED**, this 14th day of November, 2006.

s/   Hugh Lawson
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr